THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PHILIP J. DOVICO, Appellant.— Present — Taylor, P. J., McCurn, Kimball, Piper and Wheeler, JJ. [See *ante,* p. 621.]

ELIZABETH E. THOMPSON, Appellant, v. BOARD OF EDUCATION OF THE CITY OF SYRACUSE, Respondent.— Present — Taylor, P. J., Vaughan, Kimball, Piper and Wheeler, JJ. [See *ante,* p. 621.]

BERT HUGHSON, Appellant, v. EARL H. CRITTENDEN et al., Respondents.— Present — Taylor, P. J., McCurn, Vaughan, Kimball and Piper, JJ. [See *ante,* p. 622.]

JUDSON C. HENDERSON et al., Respondents, v. STATE OF NEW YORK, Appellant. (Claim No. 30056.) Present — Taylor, P. J., Vaughan, Kimball, Piper and Wheeler, JJ. [See *ante,* p. 626.]

JOSEPH L. GUZZETTA, JR., Appellant, v. LILLIAN W. GUZZETTA, Respondent.— Present — Taylor, P. J., McCurn, Vaughan, Kimball and Piper, JJ. [See *ante,* p. 627.]

ERNEST A. DRAKE, Doing Business as DRAKE HEATING Co., et al., Respondents, v. PIERCE BUTLER RADIATOR CORPORATION, Appellant.— Present — Taylor, P. J., McCurn, Vaughan, Kimball and Wheeler, JJ. [See *ante,* p. 628.]

DAVID BARNABA et al., Appellants, v. SKENANDOA RAYON CORPORATION et al., Respondents. (And 39 Other Similar Actions.) — Present — Taylor, P. J., McCurn, Kimball, Piper and Wheeler, JJ. [See *ante,* p. 705.]